**EILEEN M. DIEPENBROCK #119254**
**CHRIS A. MCCANDLESS #210085**
**DIEPENBROCK HARRISON**
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
(916) 492-5000
(916) 446-4535 (fax)

Attorneys for Defendant/Cross-Complainant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF DIXON MARINE SERVICES, INC. and DIXON MARINE SERVICES, INC., a California Corporation,<br><br>Plaintiffs,<br>vs.<br><br>MASS EX CONSTRUCTION CO., a California Corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No.  C-05-02039 SI<br><br>DECLARATION OF CHRIS A. McCANDLESS IN SUPPORT OF REQUEST TO ENTER DEFAULT OF CROSS-DEFENDANT MASS EX CONSTRUCTION CO. |

I, Chris A. McCandless, declare:

    1.    I am an attorney at law, duly licensed to practice in the State of California, and am an associate of the law firm of Diepenbrock Harrison, attorneys of record for Defendant/Cross-claimant Travelers Casualty and Surety Company of America ("Travelers") in this action.

    2.    Travelers' Cross-Claim was served on Cross-defendant MASS EX

-1-

Declaration of Chris A. McCandless in Support of Default
I:\CAM\Gateway\Dixon Marine\Dec. CAM in support of Dec. Mass Ex.doc

DIEPENBROCK
HARRISON
ATTORNEYS AT LAW

-2-

1  CONSTRUCTION CO. on July 10, 2005, as evidenced by the Proof of Service of Summons filed
2  with this Court on July 22, 2005.  Cross-Defendant MASS EX CONSTRUCTION CO. has failed to
3  appear or otherwise respond to the Cross-Claim within the time prescribed by Rule 12(a) of
4  the Federal Rules of Civil Procedure.

5        3.    I am informed and believe that Cross-defendant MASS EX CONSTRUCTION
6  CO. is not an infant, incompetent person, or a person in military service or otherwise
7  exempted from a default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

8        I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct, and that this declaration was executed on August 25, 2005.

                                s/s/ Chris A. McCandless
                                CHRIS A. McCANDLESS

DIEPENBROCK
HARRISON
ATTORNEYS AT LAW

-2-
Declaration of Chris A. McCandless in Support of Default
I:\CAM\Gateway\Dixon Marine\Dec. CAM in support of Dec. Mass Ex.doc