IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIXON

                Plaintiff,

v.

MASS EX CONSTRUCTION CO.,

                Defendant.
                                        /

No. C 05-02039 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 10, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 19, 2005.

DESIGNATION OF EXPERTS: 11/7/05; REBUTTAL: 11/27/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by January 6, 2006;

    Opp. Due January 20, 2006; Reply Due January 27, 2006;

    and set for hearing no later than February 10, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 28, 2006 at 3:30 PM.

COURT TRIAL DATE: March 6, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be two days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/26/05

                                                  SUSAN ILLSTON
                                                  United States District Judge