EILEEN M. DIEPENBROCK #119254
CHRIS A. MCCANDLESS #210085
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814
Phone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Defendant/Cross-Complainant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**FILED**
NOV 08 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF DIXON MARINE SERVICES, INC. and DIXON MARINE SERVICES, INC., a California Corporation,<br><br>Plaintiffs,<br>vs.<br><br>MASS EX CONSTRUCTION CO., a California Corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. C 05-2039 SI<br><br>[PROPOSED] ORDER RE: REQUEST FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S PARTY REPRESENTATIVE TO PARTICIPATE BY TELEPHONE AT MEDIATION |

Pursuant to ADR Local Rule 6-9, defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") has requested that its representative be permitted to participate telephonically at a mediation currently scheduled for November 22, 2005. Travelers' indemnitor, third-party Gateway Pacific Contractors, Inc., has agreed to fully participate in person at the mediation. THEREFORE, for good cause shown, a representative from defendant Travelers may participate telephonically in said mediation.

IT IS SO ORDERED.

11-7-05

_____
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER

DIEPENBROCK HARRISON
ATTORNEYS AT LAW

I:\CAM\Gateway\Dixon Marine\Proposed Order.doc